Taywan Campbell
#AIS #210809   75-1A
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, Al 36057

TAYWAN DEWAYNE CAMPBELL,
#210809
      Plaintiff                §
v.                              §   CIVIL ACTION NO.
                                §   2:20-CV-18-WHA-JTA
Sgt. T. Rodgers, Officer        §
Dennis, Officer K. Thomas       §
and ADOC, et al                 §
      Defendants                §

## AMENDMENT

Plaintiff Taywan D. Campbell and inmate incarcerated at the Kilby Correctional Facility. When I was at Ventress Correctional Facility. These officers did not do there jobs at Ventress. Sgt. T. Rodgers is the supervisior that was on that day September 8, 2019. I got stabbed two times and got my arm broke. The only thing she did was take pictures of my two stab. I set in the hospital two hours before I got any help. I set there just bleeding out. She made sure that the other inmate that stab me got to a out side hospital.

Officer Dennis and Officer K. Thomas was setting in the lobby when the inmate walk

right by them setting there. The inmate had a prison knife wrapped around his hand. He came in the dorm and stabbed me two times. The two officer's did nothing but set there. When the inmate tried to go by them, He passed out right be side them. That's when they found out that I was stabbed. They got the other inmate to the hospital. And the two officer's came into the dorm and seen me standing in the bathroom, trying to stop the bleeding. My arm had been broke and bleeding bad from the stabbing. They walked me out the door and told me to go to the prison hospital.

    The ADOC and Ventress Correctional Facility has always been understaff and lacking in security. The State Prisons has been understaff for years now and they is doing to deal with the problem at all. Some days it is not snuff officer's to work the whole prison

                            Thanks
                         *Jayquen Campbell*

Taywan Campbell
#210809    75-1A
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL 36055

MONTGOMERY AL 360
27 FEB 2020 PM 3 L

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed Communication."

Office of the Clerk
United States District Court
One Church street Suite B-110
Montgomery, AL 36104-4018

LEGAL MAIL

36104-401801