IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TAYWAN DEWAYNE CAMPBELL, #210 809, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 2:20-cv-18-WKW [WO] |
| ADOC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On April 22, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 18.) Upon an independent review of the record and the Recommendation, it is ORDERED that the Recommendation is ADOPTED, that Plaintiff's complaint and amendment thereto against the Alabama Department of Corrections and the Ventress Correctional Facility (Docs. # 1, 7) are DISMISSED with prejudice under 28 U.S.C. § 1915A(b)(1), that the Alabama Department of Corrections and the Ventress Correctional Facility are TERMINATED as parties. This case is REFERRED to the Magistrate Judge for additional proceedings.

DONE this 19th day of May, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE