IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TAYWAN DEWAYNE CAMPBELL, # 210809, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:20-CV-18-WKW [WO] |
| T. RODGERS, OFFICER DENNIS, and OFFICER K. THOMAS, | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On November 28, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 48.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED, that Plaintiff's claims against Defendant Dennis are DISMISSED without prejudice, that Defendant Dennis is TERMINATED as a party, and that this case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 22nd day of December, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE