IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TAYWAN DEWAYNE CAMPBELL, # 210809 | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:20-CV-18-WKW [WO] |
| SERGEANT T. RODGERS and OFFICER K. THOMAS, | ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

On January 9, 2023, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 50.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is dismissed with prejudice.

DONE this 3rd day of February, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE